**Charles Edwin DAVIDSON, Appellant,**

v.

**Paula CASEY, et al., Appellees.**

No. 99–4136.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2001.

Filed Feb. 9, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Charles Davidson appeals the district court's[1] order dismissing his suit alleging state and federal claims against several Arkansas public officials and private individuals. Having carefully reviewed the record and the parties' submissions, we conclude Davidson did not state a claim pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962. Because Davidson asserted no other basis for federal jurisdiction, we also conclude the district court did not abuse its discretion in declining to exercise supplemental jurisdiction over Davidson's remaining claims. *See* 28 U.S.C. § 1367(c)(3). Accordingly, we affirm, and we deny all pending motions.

1. The HONORABLE STEPHEN M. REASONER, United States District Judge for the Eastern District of Arkansas.